REX GUNTHER
1010 W COLUMBIA ST
FARMINGTON, MO 63640-2902

5-14-26

Greetings, Your Honor,

Reference: New Case Number and Judge.

Your Honor, please be understanding, I have Parkinson disease and when it is active it effects my handwriting.

Now:

Rex S. Gunther
Plaintiff
1010 W. Columbia
Farmington, Mo.
63640-2902

Lindsey Theobald, RN
Defendants
Wardone
1010 W. Columbia St
Farmington, Mo.
63640-290

First plaintiff needs to inform your honor pertaining to total background of the entire litigation, now is total reason for this litigation.

In 1967, and onward all the way until now, plaintiff has had knowledge of the over. Please - go

U.S. Supreme Court's Ruling of 1966, which is still active instructed to all St. Louis County Police Officers which I was a St. Louis County Police Officer all of us county wide were alone in patrol cars.

We all had to know about this U.S. Supreme Court's Ruling for us when to arrest someone or not.

Now, concerning exactly what U.S. Supreme Court's Ruling was:

It was Ruled all American Citizens under this Ruling can yell; threaten; cuss; call names to one they are talking to or say anything about anything et all; all American citizens is totally protected by Freedom of speech and if person talking to someone else that person never touches one they are talking to that person is fully protected from any form of punishment. but if person talking touches in any manner the one they are talking to that person then has committed an assualt and can be arrested

With defendant, Lindsey theobald, RN, for atleast last nine months has threaten plaintiff to stop talking to a staff member anywhere on the ward one and to totally not talk to anyone else about a restricted subject all 100% violated that U.S. Supreme court's ruling of 1966. Defendant Lindsey theobald, RN, in those nine months has daily to all times punished plaintiff Rex stonewall Gunther, at least 70 times in that nine months. Plaintiff has been forcing himself to refrain from any actions towards that defendant, Lindsey theobald, RN, but now it is getting to be daily defendant, Lindsey theobald, RN, has very strongly constantly every day say to plaintiff he is being prompted for 1st time if plaintiff keeps on talking to either another staff or a defendant tells plaintiff he is having these done to plaintiff since he is not obeying to be silent in full statement of U.S. Supreme court's ruling of 1966 supporting plaintiff's to talk all over please

4

MR wants without touching one plaintiff is talking to which has been actions of the plaintiff 100% of all times plaintiff has been in 3 missouri state Hospitals for 43 years Now.

The punishment all these Nine months from, lindsey theobald, RN, was taking away his one hour only can client have in day times hour until the next day can have t.v. time during day. Next, defendant also has two other punishment she can and does to the plaintiff which are plaintiff cannot have his DVD player for all that day which he has had 3½ hours a day ordered by Treatment team ward one in February, 2025 and forward for all times finally what they call a SSO punishment where plaintiff for 24 hours cannot leave ward for certain classes and all these mentioned also restricted to go with all clients and Staff in last week of each month Now at this time up to canteen for a soda and a snack Now has been during last nine months. defendant, lindsey theobald, RN, has along with another nurse, Elizabeth Yates RN backing up each other to posit suble

punish plaintiff in any way as aforementioned so that plaintiff has not been allowed for nine or ten months now to go to canteen since rule states that a client is punished during that month at the last week of that month that client cannot go to the canteen. defendant Lindsey Theobald, RN, has made sure that plaintiff for nine or ten months is positively punished every month resulting in plaintiff not being abled to go to canteen in the last week of each month for nine or ten months now back to back every month. Even there has been some months. plaintiff did no violating any rule, defendant Lindsey Theobald, RN, during week before canteen week has made up some violation, or not obeying a rule which plaintiff by actual actions Has clean record for all that month, but; defendant has made sure that plaintiff cannot go to canteen every month even if it meant defendant making up a punishment

Now, for actual punishment for defendant, Lindsey Theobald, RN, or called actual
—over, please—

damages, it is strongly Requesting that, Lindsey Theobald, RN has to be ordered to completely refrain from doing any punishments any more to the plaintiff unless it is a life-threatening action which will be judged by the plaintiff what corporal that only honestly been committed by the plaintiff which plaintiff can be trusted due to all the times been a police officer had been trained how to write all Reports for the Judge just with actual facts do not write Report with feelings at all so Judge will know police Report is 100% facts for knowing honestly how deal with that person in front of Judge.

Also, defendant Lindsey Theobald, RN cannot privately tell another nurse how to punish plaintiff for her. If this fact is found out has happened defendant Lindsey Theobald, RN will have to pay to plaintiff $10,000.00 for each violation all be ordered to pay all $10,000.00 added up to a total within 12 months has to have paid plaintiff fully. If all $10,000.00 are not all paid in 12 months then Court will order that defendant has to sell their home if is that ways vechicle all Jewlry and 50% of all own checks all

—7—

will be granted to the plaintiff until all actual damages have totally been paid by defendant.

Next, for punitive damages it will be ordered that defendant has to pay plaintiff $100,000.00 for close to a year violating many federal laws weekly for that nine or ten months period and plaintiff's U.S. constitutional rights weekly all being violated by the defendant, Lindsey theobald, RN. Next plaintiff with punitive damages due to all seriousness of reasons defendant has punishment plaintiff illegally by violating plaintiff's constitutional rights practically daily for nine or ten months and violating the U.S. Supreme court's ruling of 1966 told while plaintiff was a St. Louis County police officer that someone talking if they never touch person talking to are protected by U.S. Constitution freedom of speech and cannot be punished in any manner which defendant has totally violated on defendant's five days at work constantly, so, part of punitive damages plaintiff highly wants this court to notify U.S. Attorney in same building. Providing him with copies of all

written pages and all pages of positive evidence.

Hopefully, the U.S. Attorney will positively see 100% of all evidences and written pages beyond a doubt will prove totally what federal laws have been violated.

Now, Your Honor, see Exhibit "A" where circled is federal law sent to all veterans receiving monthly veterans service compensation checks. This being one page of total percentage of monthly compensation checks will be granted the total percents of all service compensation letters all plaintiff's percentage add up to be 100% service compensation awarded monthly.

Plaintiff has been receiving 100% service compensation checks for 43 years now being 3 Missouri State Hospitals and this one now is the third one since 12-26-2004.

Donna Anderson, ~~Defendant~~ has on 11-1-2024, been refusing security to view recording full door to plaintiff's room since her ~~Defendant~~ lover works all 5 days going into plaintiffs room has destroyed 118 DVDs of movies:
computers and T.V. claims all bought Li...



RECEIVED
MAR 21 2025
BY MAIL

File Number: 23410690
GUNTHER, REX S

If you have a disability rating of 30% or more, you must promptly advise us of any change in the status of your dependents.

If your award includes special monthly compensation due to the need for aid and attendance, this additional allowance is generally subject to reduction from the first day of the second calendar month of admission to hospitalization, nursing home or domiciliary care at VA expense.

Benefits will be reduced upon incarceration in a Federal, State, or local penal institution in excess of 60 days for conviction of a felony. The amount not payable may be apportioned to a spouse, dependent children or parents.

Monthly payments of your award may be stopped if you fail to furnish evidence as requested, fail to cooperate or submit to a VA examination when requested, or if you furnish VA, or cause to be furnished, any false or fraudulent evidence. Information submitted is subject to verification through computer matching programs with other agencies.

The law provides severe penalties, which include fine, imprisonment, or both, for the fraudulent acceptance of any payment to which you are not entitled.

Note: Compensation payments are exempt from claims of creditors. With certain exceptions, the payments are not assignable and are not subject to attachment, levy, or seizure except as to claims of the United States.

**IMPORTANT**

Please notify VA *immediately* if there is a change in any condition affecting your right to continued payments. Failure to notify us of these changes immediately may result in a debt that you will have to repay.

## Evidence Considered

In making our decision, we considered:

- Letter from Dr. George A. Oliver, M.D., dated March 12, 2015
- VA Form 21-526 EZ: Application for Disability Compensation and Related Compensation Benefits, dated May 22, 2015
- DD Form 214
- Results from VA examination dated July 21, 2015
- Correspondence received on March 19, 2015

*Handwritten margin notes:* Your Honor here is federal law Refer to with this case — defendants name nowhere on federal law so will stop her from controlling checks her Name has to be on the law if it is not there grounds check defendant has no

9

Plaintiff. Also this lover of Donna Anderson destroyed the 7 months old DVD player. All this about Donna Anderson now being 19 months refusing security to view recordings of 100% doorway to plaintiff's room to finally see actual person going into plaintiff's room.

All this mentioned about actions of Donna Anderson protecting her lover 19 months with many properties of the plaintiff, destroyed amount up now to around $4,400.00 now but is still continuing, going on weekly on 5 days a week her lover works on ward one.

All aforemention partially of all destructive still more going on needed to provide action of Donna Anderson, which defendant, Lindsey Theobald, RN is supporting Donna Anderson's totall protecting her lover in acts of destructions to plaintiff's room properties, in which defendant, Lindsey Theobald, RN, never has objected to proper authority of all Donna Anderson's conspiracy actions of her lover meaning, Lindsey Theobald, RN, I having been a police officer positively
— over, please —

-10-

Knows that defendant is as guilty as the 2 other people who started at 11-1-2024, before defendant came to wardone to be head nurse on a pile of days of destructions in which when defendant being with full knowledge of all federal crimes as seen on Exhibit "A" in circle area for starting with words: "with certain exceptions, etc, to the end is plainly showing "the United States" has total control over all Veterans monthly service compensation checks no one else since Donna Anderson; Lindsey Theobald, RN, and lover of Donna Anderson names are not on that sentence anywhere that would be proof all 3 could be controlling plaintiff's monthly checks, but; all 3 guilty person's names are nowhere to be found on that federal law meaning all 3 people are guilty enough to have this court to order U.S. Marshals to take into custody and take to proper prison until they can provide bail ordered by Judge being U.S. Attorney clearly sees federal crimes of all 3 people being committed every week from 11-1-2024 to the present and onward, As Pamela Jo Bondi, and

11

members of both parties in the House and Senate on April 26, 2025, one at a time on Fox News live in New York City, stated "NO ONE IS ABOVE the law" so U.S. Attorney reciving copies of every page of this litigation and of Exhibit "A" should have ~~more~~ reason to prosecute 3 members of this crimminal activities.

Also, still working on case of many more staff here has all been denying Plaintiff send checks and any amount He wishes that Exhibit "A" clearly shows all this staff in this case and the rest in other case positively commiting federal crimes against plaintiff totally refusing plaintiff from sending any checks out just medical bills and monthly church tithes but 100% all other checks being refused that plaintiff was able to send out now about 190 checks that have been for 43 years federal law was obeyed even here being the 3rd hospital up to 12-8-24, that are all denied by Donna Anderson orders, many more defendants will be in another case for
OVER. Please

all time now since 12-9-24 to the present and still going on all defendants in that case were sent to U.S. Attorney in St. Louis along with evidences.

One thing bothering plaintiff is one of defendants is Ashlee Gamble, social worker on team ward one, plaintiff's client consult person is tremendously reading all incoming and outgoing mail even all legal mail, which is against federal laws that her violations are many on the letter to U.S. Attorney that plaintiff had to give all to her and she will see I am providing to U.S. Attorney about 4 to 6 federal crimes she has been committing for 2 years now so plaintiff still hopes that legal letter she let go out with everything in it plaintiff provided being a prior police officer, as told by Ashlee Gamble, social worker, that she positively let letter go out to U.S. Attorney with everything in, but plaintiff was worried since on 3-10-26 team meeting Ashlee Gamble admitted she has kept letter to psychiatrist for 2 weeks not going to post office, totally a federal crime