**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

REX S. GUNTHER,                                    )
                                                   )
      Plaintiff,                               )
                                                   )
    vs.                                          )          No. 4:26-cv-00859-CMS
                                                   )
R.N. LINDSEY THEOBALD,                             )
                                                   )
      Defendant.                               )

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of self-represented Plaintiff Rex Gunther's correspondence received by this Court on June 1, 2026, *see* ECF No. 1, which the Court construes as a civil rights Complaint under 42 U.S.C. § 1983.  The Complaint is defective because it was not drafted on a Court-provided form.  *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms").  The Clerk of Court will be directed to send Plaintiff a blank form so that he may file an amended complaint in this action.  Furthermore, Plaintiff has neither paid the filing fee nor submitted an application to proceed without prepaying fees or costs.  *See* 28 U.S.C. § 1915(a)(1); E.D. Mo. L.R. 2.01(B)(1).  Plaintiff must do one or the other in order for this case to proceed.  Finally, Plaintiff is warned that his failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff copies of the Court's "Prisoner Civil Rights Complaint" and "Application to Proceed in District Court Without Prepaying Fees or Costs" forms.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this Order.  Plaintiff is advised that his amended complaint will take the place of his original letter and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit an application to proceed without prepaying fees or costs within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 23rd day of July, 2026.

_____

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE